PENNSYLVANIA RAILROAD COMPANY and UNITED NEW JERSEY RAILROAD AND CANAL COMPANY, appellants,

*v.*

NATIONAL DOCKS AND NEW JERSEY JUNCTION CONNECTING RAILWAY COMPANY, respondent.

On appeal* from an order advised by Vice-Chancellor Reed, whose opinion is reported in *National Docks Railway Co.* v. *Pennsylvania Railroad Co., 9 Dick. Ch. Rep. 142.*

*Decided at March Term, 1896.—REP.

Smith *v.* Smith.

*Mr. James B. Vredenburgh* and *Mr. Richard V. Lindabury,* for the appellants.

*Mr. Charles D. Thompson* and *Mr. Charles L. Corbin,* for the respondent.

PER CURIAM.

Order affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BOGERT, BROWN, NIXON, BARKALOW—12.

*For reversal*—None.